UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BODYGUARD PRODUCTIONS, INC., | CASE NO. C17-1648RSM |
| Plaintiff, | MINUTE ORDER NOTING MOTION TO QUASH |
| v. | |
| DOE 1, | |
| Defendant. | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On March 26, 2018, the Court authorized Plaintiff to serve a Rule 45 subpoena on Doe 1's internet service provider ("ISP") and required that the ISP serve a copy of the Court's order and the subpoena on the ISP's subscriber. Dkt. #27. On April 9, 2018, the Court received a response from Mrs. Julie Baker objecting to a subpoena issued by Plaintiff and requesting that the Court quash the subpoena. Dkt. #28. Plaintiff responded on April 23, 2018, treating the objection as a Motion to Quash noted in accordance with Local Rule 7(d)(3) for April 27, 2018. Dkt. #29. Plaintiff's response was timely under Local Rule 7(d)(3). However, Local Rule 7(d)(3) requires that: "If service is by mail, the opposition papers shall be mailed not later than the Friday preceding the noting date." LCR 7(d)(3). Plaintiff's response does not demonstrate that the opposition papers were mailed to Mrs. Baker on April 20, 2018, or that Mrs. Baker was provided her full opportunity to respond under the Local Rules. Dkt. #29.

MINUTE ORDER – 1

Accordingly, the Court directs the Clerk to note Mrs. Baker's Motion to Quash for consideration on May 4, 2018.

Mrs. Baker may file a reply in support of the Motion to Quash and contesting the arguments in Plaintiff's response by May 4, 2018. Mrs. Baker is directed to provide a copy of any reply she may file to Plaintiff's counsel: David Lowe, LOWE GRAHAM JONES, PLLC, 701 5th Ave, Suite 4800, Seattle, WA 98104-7009.

The Court directs the Clerk to mail a copy of this Minute Order to Mrs. Julie Baker, 13502 67th Ave E, Puyallup, WA 98373.

DATED this 24 day of April, 2018.

WILLIAM McCOOL, Clerk

By: /s/ Paula McNabb
    Deputy Clerk